PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-1662
_____

RONALD EDWARD GILLETTE,
                              Appellant

v.

ACTING WARDEN DIANE PROSPER;
JULIUS WILSON, in his capacity as the Director of Prisons;
TERRITORY OF VIRGIN ISLANDS;
ATTORNEY GENERAL UNITED STATES OF AMERICA
_____

On Appeal from the
District Court of the Virgin Islands
(D.C. No. 1-14-cv-00110)
District Judge: Honorable Wilma A. Lewis
_____

Argued December 12, 2016
Before: CHAGARES, JORDAN, and HARDIMAN,
*Circuit Judges*

ORDER AMENDING OPINION

The opinion filed June 2, 2017 is hereby amended to reflect the current firm and address information for counsel for appellant Joseph A. DiRuzzo, III.  The opinion is amended as follows:

Joseph A. DiRuzzo, III (Argued)
Joseph A. DiRuzzo, III P.A.
633 SE Third Avenue, Suite 301
Ft. Lauderdale, FL 33301

Jeffrey J. Molinaro
Fuerst Ittleman David & Joseph, PL

1001 Brickell Bay Drive, 32nd Floor
Miami, FL 33131

*Counsel for Plaintiff-Appellant*

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:   June 5, 2017